# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2014
LT Case No. 2022-DP-111

_____

E.S., FATHER OF P.S., A CHILD,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Hernando County.
Stephen E. Toner, Jr., Judge.

Ana Gomez-Mallada, Fort Lauderdale, for Appellant.

Rachel Batten, of Children's Legal Services, Brooksville, for
Appellee.

Jamie Billotte Moses, of Holland & Knight LLP, Orlando, for
Guardian ad Litem o/b/o P.S, a Child.


September 18, 2023


PER CURIAM.

    AFFIRMED.

MAKAR, HARRIS, and PRATT, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————